

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MER
F.#2004R01651

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* *147 Pierrepont Street*
*Brooklyn, New York 11201*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

September 22, 2005 ★ SEPT 29 2005 ★

BROOKLYN OFFICE

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Stanley Paul
Criminal Docket No. 04-714 (JG)

Granted
So ordered
s/John Gleeson
USDJ
9-26-05

Dear Judge Gleeson:

The government respectfully requests additional time to comply with the Court's September 6, 2005 order to respond to Stanley Paul's letter dated August 7, 2005. I have been in contact with Robert Beecher, Esq., defense counsel in the above-captioned case, who has been in telephonic contact with Mr. Paul, and who intends to file a motion with the United States Court of Appeals for the Second Circuit by the end of this week regarding Mr. Paul's appeal from his conviction before the Court. In support of his motion, Mr. Beecher will file documents that the government believes will be relevant to the government's response to Mr. Paul's letter. The government respectfully requests until September 30, 2005 to submit its response.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney

By: Monica E. Ryan
Assistant U.S. Attorney
(718) 254-6470

cc: Robert Beecher, Esq.